# UNITED STATES DISTRICT COURT
## District of Minnesota

Carlos Vladimir Hercules Serrano,

Petitioner(s),

v.

David Easterwood, Pam Bondi, Kristi Noem, Department of Homeland Security, Todd Lyons and Eric Klang,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-595 SRB/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Carlos H.'s Petition for a Writ of Habeas Corpus (Doc. #1) is GRANTED.
2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court ORDERS Respondents to immediately release Petitioner. Upon release, Respondents shall return to Petitioner his government-issued identification documents, as well as any other lawfully issued documents or property seized from him.
4. Finally, the Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/27/2026

KATE M. FOGARTY, CLERK