# UNITED STATES DISTRICT COURT
## District of Minnesota

Carlos Vladimir Hercules Serrano,

Petitioner(s),

v.

David Easterwood, Pam Bondi, Kristi Noem, Todd Lyons and Eric Klang,

Respondent(s).

## CORRECTED JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-595 SRB/LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Carlos H.'s Petition for a Writ of Habeas Corpus (Doc. #1) is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner. Upon release, Respondents shall return to Petitioner his government-issued identification documents, as well as any other lawfully issued documents or property seized from him.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/28/2026

KATE M. FOGARTY, CLERK